UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**BEAU FILLICHIO,**

          Plaintiff,

       v.

**TOMS RIVER POLICE DEPARTMENT,** *et al.*,

          Defendants.

Civil Action No. 19-575 (ZNQ) (TJB)

**ORDER**

**QURAISHI, District Judge**

    This matter comes before the Court upon Defendants Toms River Police Department and Officer James Colline and Officer Christophis D. Inglis' Motion for Summary Judgment under Rule 56(a) (ECF No. 40) and their Motion in Limine (ECF No. 41). For the reasons set forth in the accompanying Opinion,

    **IT IS** on this **30th** day of **November 2022**,

    **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 40) is hereby **GRANTED**; and it is further

    **ORDERED** that Judgment is hereby entered in favor of Defendants and against Plaintiff; and it is further

    **ORDERED** that Defendant's Motion in Limine is hereby **DENIED AS MOOT**; and it is further

    **ORDERED** that the Clerk's Office is instructed to mark this matter **CLOSED**.

                               s/ Zahid N. Quraishi
                               **ZAHID N. QURAISHI**
                               **UNITED STATES DISTRICT JUDGE**